IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

J.J.G.G.,                                                        *

              Petitioner,                         *

v.                                                                   Case No.  4:26-cv-590-CDL-AGH

                                                     *

Warden, STEWART DETENTION CENTER,
et.al.,                                                          *

              Respondent.                       *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 5/12/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of May, 2026.

                              David W. Bunt, Clerk


                              s/ Ashley N. Yates, Deputy Clerk